RECEIVED
IN CLERK'S OFFICE
APR 1 ? 2009
U.S. DISTRICT COURT
MID DIST. TENN.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JACK CASEY SISEMORE, )
    Plaintiff, )
)
v. ) NO. 3:09-279
) JUDGE HAYNES
UNITED STATES OF AMERICA, )
    Defendant. )

## MOTION FOR RECONSIDERATION

COMES NOW, Jack Casey Sisemore, Plaintiff, pro-se, and respectfully prays this Honorable Court reconsider the ORDER issued in the aforemention case number entered on 07-April-2009. Pursuant to the ORDER, it is stated that Plaintiff filed this action under 28 U.S.C. §2241. This, however, is not the case. Mr. Sisemore petitioned this Honorable Court to consider this action under their jusidiction as sentencing court in a Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. §2255.

Plaintiff has exhausted his administrative remedies, and the contention of the F.B.O.P. is that the imposition of the sentence is in error, not the execution. Therefore, Plaintiff, Mr. Sisemore is required to file his §2255 petition before his sentencing court, and not the court in the district where he is confined.

WHEREFORE, Mr. Sisemore prays this Honorable rescind the ORDER issued on this action on 07-April-2009, and reconsider the motion pursuant to 28 U.S.C. §2255 as it was filed.

Respectfully Submitted,

s/ *Jack Casey Sisemore*
Jack Casey Sisemore, Pro-Se

*[Handwritten order in right margin:]* ORDER. This motion is GRANTED. Although the Plaintiff filed this action under 28 USC §2255, the Plaintiff's claim concerns the manner in which his sentence is served that falls under 28 USC § 2241. The order of dismissal is AFFIRMED.
*[signed]* WJH 6-17-09